FILED
John E. Triplett, Acting Clerk
United States District Court

*By MGarcia at 9:10 am, Sep 14, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FREDDIE LEWIS IRVIN,

    Plaintiff,

v.

JEFF COLEMAN, et al.,

    Defendants.

CIVIL ACTION NO.: 5:20-cv-5

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings. Doc. 13. The Court has not yet conducted the requisite frivolity screening of Plaintiff's Complaint under 28 U.S.C. § 1915A. Accordingly, Plaintiff's Complaint has not been served on any Defendant. Motions for judgment on the pleadings are governed by Federal Rule of Civil Procedure 12(c), which states, "After the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings." However, "[t]he pleadings are closed only when a complaint and answer have been filed." Lillian B. ex rel. Brown v. Gwinnett Cty. Sch. Dist., 631 F. App'x 851, 853 (11th Cir. 2015) (citing Fed. R. Civ. P. 7(a)).[1] Because Plaintiff's Complaint has not been served, his Motion for Judgment on the Pleadings is

---

[1] Rule 7(a) governs pleadings and sets forth a limited list of permissible pleadings: "Only these pleadings are allowed: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." The Rule's express provision for an answer to a complaint anticipates that the pleadings do not "close" until an answer has been filed by the defendant. See Perez v. Wells Fargo N.A., 774 F.3d 1329, 1336 (11th Cir. 2014).

procedurally premature.  Accordingly, I **RECOMMEND** the Court **DENY as premature** Plaintiff's Motion.

      **SO REPORTED and RECOMMENDED**, this 14th day of September, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA