# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 1:23 pm, Oct 07, 2020

| | | |
|---|---|---|
| FREDDIE LEWIS IRVIN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-5 |
| v. | * | |
| JEFF COLEMAN, et al., | * | |
| Defendants. | * | |

**ORDER**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES as premature** Plaintiff's Motion for Judgment on the Pleadings. Dkt. No. 13. The Magistrate Judge will conduct the requisite frivolity review of Plaintiff's Complaint in the normal course of business.

SO ORDERED, this __7__ day of __October__, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA