AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FREDDIE LEWIS IRVIN,

Plaintiff,

v.

JEFF COLEMAN, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:20-cv-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 27, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and Defendants' motion for summary judgment is denied as moot. Additionally, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 28, 2022
Date

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk